U S DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | APR 0 9 2003

LORETTA G. WHYTE
CLERK

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

_MARK S. VINET_
(Enter above the full name of the
plaintiff in this action.)

versus

_JEFF. PARISH CORR. CTR. MEDICAL
JEFF PARISH CORR. CTR.
HARRY LEE, SHERIFF_
(Enter above the full name of the
defendant or defendants in this
action.)

CIVIL ACTION    _0983_

NO. _03-0983_

SECTION _SECT. I MAG. 4_

**COMPLAINT**

I.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (✓)

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to the previous lawsuit

Plaintiffs _____
_____ N/A _____

Defendants _____
_____ N/A _____

2.  Court (if federal court, name of the district court; if state court, name the parish.)
_____ N/A _____

3.  Docket Number _____ N/A _____

4.  Name of judge to whom case was assigned _____ N/A _____
_____

5.  Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
_____ N/A _____

6.  Approximate date of filing lawsuit _____ N/A _____

7.  Approximate date of disposition _____ N/A _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No ( ✓ )

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____
_____
_____ N/A. _____

II.  Place of Present Confinement: _JEFFERSON PARISH CORR. CTR., GRETNA LA._

A.  Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )  No ( )

2

B.    Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No (✔)

C.    If your answer is YES,

    1.    Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. ____*N/A*____

    2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

        *N/A*

D.    If your answer is NO, explain why you have not done so: *INMATE VINET HAS RECEIVED PHYSICAL AND MENTAL DAMAGE DUE TO HIS OVERDOSE OF MEDICATION, AND IS INCOHERENT MOST OF THE TIME. PLUS THE FEAR OF NEGLECTED MEDICAL IN THE FUTURE.*

## III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A.    Name of plaintiff ~~XXXXX XXX~~ *MARK S. VINET*

    Address ~~XXXX XXXXXXXXXXXX~~

    Date of Birth _____ *12-25-58* _____

    Prisoner Number _____ *27666* _____

    Date of Arrest _____ *MAY, 24 2002* _____

    Date of Conviction _____ *PENDING* _____

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B.    Defendant *HARRY LEE* is employed as *SHERIFF JEFFERSON PARISH* at *GRETNA, LOUISIANA*

C.    Additional Defendants *MEDICAL DEPARTMENT OF J.P.C.C., JEFFERSON PARISH CORRECTIONAL CENTER.*

3

IV.    Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

UPON ARREST INMATE VINET WAS UNDER DOCTOR DASH's CARE FOR SEVERE GRAND MAHL SEIZURES RESULTING FROM A SERIOUS MOTORBIKE ACCIDENT WHERE MR. VINET STOPPED BREATHING FOR 3 MIN. 20 SEC. DR DASH HAD PLAINTIFF ON PHENABARBITAL AND DILANTIN, (2) TWO PHENABARBITOL AND (3) THREE DILANTIN AT BEDTIME. UPON ENTERING THE JEFFERSON PARISH CORRECTIONAL CENTER, THE MEDICAL STAFF HERE IGNORED PLAINTIFFS DOSAGES BY DR DASH

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

TO BE AMENDED IN THE FUTURE LITIGATION.

4

AND STATED THAT THEY WOULD EVALUATE AND REDIAGNOSE HIM BY THEIR DOCTORS. DURING THIS TIME PLAINTIFF HAD SEVERAL SEIZURES AND THE DOCTOR AT J.P.C.C. GAVE PLAINTIFF (3) DILANTIN AND (1) PHENABARBITAL IN THE MORNING AND THEN AGAIN AT NIGHT WHICH IS DOUBLE THE DOSAGE PRESCRIBED BY HIS ATTENDING PHYSICIAN DR. ~~DASH~~. PLAINTIFF EXPERIENCE SEVERE PROBLEMS DUE TO THE INCREA IN MEDICATION AND SUFFERED INCREASED SEIZURE. THEN THE MEDICAL STAFF OF J.P.C.C. INCREASED HIS MEDICATION TO (3) DILANTIN AND (1) PHENABARBITOL 3 TIMES A DAY. LET IT BE KNOWN THAT PLAINTIFF'S ORIGINAL DOSAGE WAS (3) DILANTIN AND (1) PHENABARBITAL DAILY BY HIS FAMILY DOCTOR, ~~DASH~~. PLAINTIFF WAS NOW TAKING (3) THREE TIMES THE ORIGINAL DOSAGE DAILY. PLAINTIFF CONTINUALLY TOLD MEDICAL THAT THEY WERE GIVING HIM TO MUCH AND THAT HE FELT HIS HEALTH DETERIORATING. THE STAFF PLACED HIM IN A MEDICAL POD TO BE OBSERVED, BUT MADE HIM TAKE THE MEDS.

APPROXIMATELY TWO (2) WEEKS LATER PLAINTIFF WAS RUSHED TO CHARITY FOR SEVERE SIEZURES BACK TO BACK AND WAS DIAGNOSED AS OVERDOSAGE OF DILANTIN. PLAINTIFF WAS ADMITTED IN THE HOSPITAL AND REMAINED THERE 3 DAYS. DOCTORS AT CHARITY STATED THAT ANY FURTHER DILANTIN LEVEL IN HIS BLOOD WOULD HAVE RESULTED THE PLAINTIFF INTO A COMA. PLAINTIFF CLAIMS HE SUFFERED IRREVERSABLE DAMAGE DUE TO THE DELIBERATE INDIFFERENCE AND NEGLEGENCE OF J.P.C.C.'S MEDICAL STAFF.

## VI. Plaintiff's Declaration

1)    I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __29th__ day of __MARCH__,__2003__.

X __Mark S Vinit__
(Signature of Plaintiff)

9/97

5

AO 210 (1 94)

# United States District Court

EASTERN ——————————— DISTRICT OF ——————— LOUISIANA

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _MARK S. VINET_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?:        ☑ Yes        ☐ No        (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _JEFF. PAR. CORR. CTR., GRETNA_

    Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?        ☐ Yes        ☑ No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    _N/A_

    b.  if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have your received any money from any of the following sources?

    a.  Business, profession or other self-employment        ☐ Yes        ☑ No
    b.  Rent payments, interest or dividends                  ☐ Yes        ☑ No
    c.  Pensions, annuities or life insurance payments        ☐ Yes        ☑ No
    d.  Disability or workers compensation payments           ☐ Yes        ☑ No
    e.  Gifts or inheritances                                 ☐ Yes        ☑ No
    f.  Any other sources                                     ☐ Yes        ☐ No

AO 240 (1 94)

4   Do you have any cash or checking or savings accounts?    ☐ Yes    ☑ No

If "Yes" state the total amount. _____

5   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☑ No

If "Yes" describe the property and state its value.

6.   List the persons who are dependent on you for support; state your relationship to each person and indicate how much you contribute to their support.

N/A

I declare under penalty of perjury that the above information is true and correct.

3-29-03                    Mark S Vinet
_____    _____
DATE                          SIGNATURE OF APPLICANT

- - - - - - - - - - - -

### STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)

I hereby certify that this inmate, __MARK S. VINET # 27666__ , has a present
(print name)

inmate account balance of $ _68.00_ at the ___JPCC___ institution. I further certify that

the average monthly deposits for the preceding six months is $_45.97_

( The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six).

I further certify that the average monthly balance for the prior six months is $_31.67_.

( The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).

4/1/03                          Martha K Melanson
_____          _____
Date Certified                   Authorized Officer of Institution